U.S. Bankruptcy Court - District of Kansas
Court Room Minute Sheet
4/10/2019 @ 01:30 PM
Hon. Robert E. Nugent, Presiding

---

Case Information:
    18-12075 Roland L Farrar, Jr. and Charlotte Kay Farrar    Chapter: 13

Judge: REN    Filed: 10/24/2018     Pln Confirmed:

---

Appearances:
    M. Steven Wagle   representing   Roland L Farrar Jr  (Debtor)
    M. Steven Wagle   representing   Charlotte Kay Farrar  (Joint Debtor)
    Carl B. Davis  (Trustee)

---

Issue(s):
    [2]  Chapter 13 Plan  Filed by Joint Debtor Charlotte Kay Farrar, Debtor Roland L Farrar Jr.

---

Notes/Decision:
                    Announced as Confirmed as Modified

---