**SO ORDERED.**

**SIGNED this 15th day of April, 2019.**



_____
Robert E. Nugent
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

|  |  |  |
|---|---|---|
| In re: ROLAND L FARRAR JR | ) | Case no. 18-12075-13 |
| CHARLOTTE KAY FARRAR | ) | Chapter 13 |
| Debtor(s) | ) | |

*Electronically Filed*

### AMENDED ORDER TO DEBTOR TO PAY TRUSTEE

To:
ROLAND ANDCHARLOTTE ARRAR
766 FORREST
HAYSVILLE, KS 67060-1496

Debtor(s):

WHEREAS, the above named court in the above entitled proceeding has found that the debtor(s) herein has submitted a plan to pay his debts out of his future earnings, and by this plan submits all of his future earnings and wages under the supervision and control of the Court for the purpose of consummating the plan; and on April 15, 2019,

IT IS ORDERED THAT Charlotte Kay Farrar, the debtor(s) herein, is hereby ordered and directed until further order of this Court, to pay from his or her earnings the sum of **$761.00, each month,** beginning on the next payday following receipt of this order and to pay said sum forthwith to *CARL B. DAVIS, TRUSTEE, P. O. BOX 2818, WICHITA KS 67201-2818.*

IT IS FURTHER ORDERED that said debtor notify said trustee if his or her employment is terminated and the reason for such termination.

This order supersedes any previous order made to you in this cause.

YOU ARE DIRECTED TO CARRY THIS ORDER INTO EFFECT.

# # #

Submitted on April 15, 2019
By Carl B. Davis, Trustee
cbdsig@wichita13trustee.com

ADPAY-JOINT.DOC/DOC GEN/RLL/4/15/2019